UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

SEP 11 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | **2:19**-cr- **27** JRS 1-CMM |
| | ) | |
| V. | ) | CAUSE NO.: |
| | ) | |
| DANNY M. PRICE, | ) | -01 |
| | ) | |
| KATHRYN A. PRICE, | ) | -02 |
| | ) | |
| JAMES W. TOLIN, | ) | -03 |
| | ) | |
| CHARLES DANE LEATHERMAN, | ) | -04 |
| | ) | |
| KURT W. PEACOCK, | ) | -05 |
| | ) | |
| DEFENDANTS. | ) | |

## INDICTMENT

### COUNT 1
### *KLIEN* CONSPIRACY
### 18 U.S.C.§ 371

The Grand Jury charges that:

### Background

### Social Security Disability Benefits

1.      An individual can receive Social Security benefits prior to age 62/65 if they are found to be disabled within the meaning of Social Security law and had insured status, i.e., there were sufficient paid in sufficient FICA taxes for quarters of coverage. An individual meets the definition of disability if they are so disabled that they cannot perform their previous work and cannot perform any other work in the national economy. This disability could be physical or mental.

2.      Spouses and minor and/or disabled adult children of disabled wage earners mayalso be entitled to benefits on the disabled person's Social Security record. Usually their benefits become effective the same month as the wage-earners.

3.      The Social Security Administration ("SSA") periodically reviews the status of disabled beneficiaries as to any improvement in their medical condition and/or any attempts to gain employment to determine whether their entitlement continues.

## Income/Earnings reporting

4.      Employees are required to submit multiple forms to employers, including IRS Form W-4 and USCIS Form I-9, which report an employee's social security number to an employer.

5.      An employer is required to report wages earned and taxes paid to multiple federal and state agencies, including the SSA, the IRS and the Indiana Department of Revenue. These wages and taxes are reported by individual employee via their name and social security number. The accurate reporting of this information is necessary for the proper execution of the responsibilities of the governmental agencies.

6.      The SSA maintains a complete record of the earnings of each worker covered by Social Security. The SSA then relies on this earning record in determining whether a worker is eligible for benefits, and if so, the amount of those monthly benefits.   This information is tied to the worker's social security number.

## DANNY M. PRICE

7.      At all times material to this Indictment, DANNY M. PRICE was an individual who had been on full social security disability beginning on or about May 20, 2003.  DANNY M. PRICE purportedly remained disabled for the entirety of the conspiracy.  DANNY M. PRICE

12.     DANNY M. PRICE maintained a commercial driver's license and worked as a truck driver for companies owned by CHARLES DANE LEATHERMAN, JAMES W. TOLIN, and others known to the Grand Jury.

13.     In order to conceal his work, KATHRYN A. PRICE allowed DANNY M. PRICE to have his wages reported to the SSA and IRS under her social security number.

14.     Despite knowing that DANNY M. PRICE was the person actually working, JAMES W. TOLLIN, CHARLES DANE LEATHERMAN, and KURT W. PEACOCK falsely caused DANNY M. PRICE's earnings and taxes to be reported to the SSA and IRS as if they were earned and incurred by KATHERYN A. PRICE.

## Overt Acts

15.     In furtherance of the conspiracy and to achieve its object, the defendants committed and caused to be committed , in the Southern District of Indiana, and elsewhere, the following overt acts, among others:

16.     From August 10, 2012 through and including September 26, 2014, in Parke County, Indiana, within the Southern District of Indiana, CHARLES DANE LEATHERMAN, did falsely cause wages earned by DANNY M. PRICE to be reported to the SSA and IRS as if said wages were earned by KATHRYN A. PRICE 27 separate times.

17.     From October 27, 2014 through and including December 14, 2016, in Vigo County, Indiana, within the Southern District of Indiana, JAMES W. TOLIN and KURT W. PEACOCK did falsely cause wages earned by DANNY M. PRICE to be reported to the SSA and IRS as if said wages were earned by KATHRYN A. PRICE 93 separate times.

18.     From August 10, 2012, through and including December 14, 2016, in Parke and Vigo Counties, both within the Southern District of Indiana, DANNY M. PRICE and

made multiple representations to the SSA during the conspiracy that he was unable to do any work. From August 10, 2012, through and including December 14, 2016, DANNY M. PRICE received in excess of $100,000 from SSA in disability benefits.

8.     Contrary to what DANNY M. PRICE represented to SSA, from August 10, 2012, through and including December 14, 2016, DANNY M. PRICE in fact worked and earned wages from CHARLES DANE LEATHERMAN, JAMES W. TOLIN, and their related businesses, and others known to the Grand Jury in an amount in excess of $200,000.

## The Conspiracy

9.     Beginning in or about August 10, 2012, DANNY M. PRICE, KATHRYN A. PRICE, and CHARLES DANE LEATHERMAN, and later, on or about October 27, 2014, JAMES W. TOLIN and KURT W. PEACOCK, through and including December 14, 2016, defendants herein, did knowingly and intentionally conspire, to defraud multiple agencies of the United States Government, to wit: the Social Security Administration and/or the Internal Revenue service, in any manner.

## Purpose of the Conspiracy

10.     It was the purpose of the conspiracy to falsely report wages earned and taxes incurred by DANNY M. PRICE to the SSA and IRS as if those wages and taxes had been earned and incurred by KATHRYN A. PRICE.

## Manner and Means of the Conspiracy

11.     Among the manner and means by which the defendants would and did carry out this conspiracy were the following:

KATHRYN A. PRICE, did receive the 120 checks described above, knowing and with the intent

that the earnings represented by those checks and payments were falsely reported to the SSA and

IRS.

     All in violation of Title 18, United States Code, Section 371.

A TRUE BILL:



FOREPERSON

JOSH J. MINKLER
United States Attorney

By:

Bradley P. Shepard
Assistant United States Attorney